MOHAMMED J. N. GHANDI et al., Individually and as Copartners Doing Business as M. J. NESSER GHANDI & BRO., Respondents, v. ISIDORE FABER et al., Individually and as Executors of SELMAN BELIKOFF, Deceased, et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Glennon J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

YETTA SCHUSTER, Appellant, v. KENMORE TRANSPORTATION Co., Defendant. PANKEN & PANKEN, Attorneys, Respondents. (Action No. 1.) YETTA SCHUSTER et al., Plaintiffs, v. KENMORE TRANSPORTATION Co. et al., Defendants. (Action No. 2.) — Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant. The plaintiff-appellant has made it clear that she did not retain the counsel to whom the allowance was made. The court may not impose upon her a lien for services rendered by such counsel, although they may have acted in good faith in rendering such services. The attorneys must look to the appellant's husband for compensation. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

BROOKLYN EASTERN DISTRICT TERMINAL, Respondent, v. UNEX CREDIT CORPORATION, Defendant-Appellant and Third-Party Plaintiff. CARLISLE ROWNTREE, Doing Business as KANSAS LABORATORIES and as EXPORT FINDERS BUREAU, Third-Party Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

GEORGE STERN, Appellant, v. PESTI MAGYAR KERESKEDELMI BANK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [Order directed plaintiff to file further undertaking in support of warrant of attachment.]

ROSE LAZAROWITZ, Appellant, v. MORRIS LAZAROWITZ, Respondent.— Order unanimously modified by allowing plaintiff temporary alimony of $15 per week and counsel feel of $150 and, as so modified, affirmed. In making this determination we have considered the amended pleadings herein. The action should proceed to an early trial. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

In the Matter of TRANSCONTINENTAL PROPERTIES, INC., Appellant. GRISTEDE BROS., INC., et al., Respondents.— Order unanimously affirmed. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.